IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN BUTCHER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES W. MEYERS, LLC,<br>　　　　　　　　　Defendant. | Civil Action No. 3:22-cv-111 |

## STIPULATION OF DISMISSAL

**AND NOW**, this 13th day of December 2023, it is hereby **STIPULATED** and **AGREED** that this action, which has been fully settled between all parties, shall be **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's October 31, 2023 Order (Doc. 42).

FOR DEFENDANT:

/s/ William P. Lewis
Paul S. Mazeski
William P. Lewis
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
(412) 392-2120

FOR PLAINTIFF:

/s/ Michelle Tolodziecki
Deirdre Aaron
Michelle L. Tolodziecki
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

AND NOW, this 15th day of December, 2023,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1